```
                                                               39
 1   are, in fact, guilty of the charges in Count 57, and it
 2   appears to me you understand your rights under the
 3   constitution and laws of the United States, including
 4   your right to jury trial --
 5            DEFENDANT BARNABAS:  Yes, your Honor.
 6            THE COURT:  -- and it appears to me you
 7   understand this complex charge against you, that you
 8   have had the effective assistance of counsel, you know
 9   the maximum possible punishment in the case, and it also
10   appears to me that your decision to plead guilty is
11   voluntary and knowing --
12            DEFENDANT BARNABAS:  Yes, your Honor.
13            THE COURT:  -- and there is a factual basis
14   for you to plead guilty, I accept your plea of guilt and
15   enter a judgment of guilt based on your plea of guilty.
16            Mr. Ehmen, I do not believe I asked you
17   before, individually, as to whether you understand the
18   maximum possible punishment in the case.
19            DEFENDANT EHMEN:  Yes, I do, your Honor.
20            THE COURT:  And you might recall that I went
21   over that with Dr. Barnabas.  As I recall, it was twenty
22   years imprisonment, a fine of at least $250,000, but
23   there is a multiplier of up to 2 in the event that the
24   gain to you or the loss to the victims was greater than
25   $250,000.  It's very likely the fine would be over
```

Blanca I. Lara - Official Court Reporter - (312) 435-5895

40

1  $250,000. Also, by law, I would be required to impose a
2  special assessment of $100 at the time of sentencing,
3  that would be due at the time of sentencing. And then I
4  discussed with you earlier the likelihood there would be
5  a forfeiture order of at least a million dollars as to
6  you.
7           DEFENDANT EHMEN:  Yes, your Honor.
8           THE COURT:  Do you understand all that?
9           DEFENDANT EHMEN:  Yes, your Honor.
10          THE COURT:  Now, what plea do you wish to
11 enter to Count 57 of the indictment, guilty or not
12 guilty?
13          DEFENDANT EHMEN:  Guilty, your Honor.
14          THE COURT:  Since you do acknowledge that you
15 are guilty as charged in Count 57, and it appears to me
16 you understand the charge against you in Count 57 as,
17 well as your rights under the constitution and laws of
18 the United States, including your right to jury trial,
19 you certainly understand the maximum possible punishment
20 in the case, you have had the effective assistance of
21 counsel, and it certainly appears to me that your
22 decision to plead guilty is knowing and voluntary, and,
23 finally, there is an evidentiary basis or a factual
24 basis for you to plead guilty, I accept your plea of
25 guilt and enter a judgment of guilt as to Count 57.

Blanca I. Lara - Official Court Reporter - (312) 435-5895

## **EXHIBIT E**

**Payments Braddock Management LP / Bainbridge Management LP Identified For Period 2/25/1998 Through 2/25/2002**

| PAYEE | CHECK # / WIRE | DATE CLEARED BANK | AMOUNT |
|---|---|---|---|
| BAINBRIDGE MGMT | 101826 | 3/18/1998 | 197,395.64 |
| BAINBRIDGE MGMT | 102503 | 4/17/1998 | 145,008.71 |
| BAINBRIDGE MGMT | 102882 | 4/28/1998 | 441,992.67 |
| BAINBRIDGE MGMT | 103500 | 5/27/1998 | 490,476.61 |
| BAINBRIDGE MGMT | 104162 | 6/25/1998 | 283,769.89 |
| BAINBRIDGE MGMT | 98012 | 7/7/1998 | 309,862.67 |
| BAINBRIDGE MGMT | 104497 | 7/7/1998 | 862,887.00 |
| BAINBRIDGE MGMT | 105692 | 8/26/1998 | 242,676.10 |
| BAINBRIDGE MGMT | 106534 | 9/25/1998 | 290,546.51 |
| BAINBRIDGE MGMT | 107232 | 10/27/1998 | 269,165.74 |
| BAINBRIDGE MGMT | 107966 | 11/24/1998 | 253,829.34 |
| BAINBRIDGE MGMT | 108637 | 12/22/1998 | 254,345.39 |
| BAINBRIDGE MGMT | 98072 | 12/29/1998 | 316,459.54 |
| BAINBRIDGE MGMT | 108876 | 12/29/1998 | 27,511.00 |
| BAINBRIDGE MGMT | 109891 | 2/25/1999 | 281,980.68 |
| BAINBRIDGE MGMT | 110776 | 4/5/1999 | 246,577.30 |
| BAINBRIDGE MGMT | 98112 | 4/12/1999 | 571,114.46 |
| BAINBRIDGE MGMT | 112674 | 5/14/1999 | 282,931.36 |
| BAINBRIDGE MGMT | 112862 | 5/27/1999 | 296,421.54 |
| BAINBRIDGE MGMT | WIRE | 5/28/1999 | 1,137,337.98 |
| BAINBRIDGE MGMT | 113435 | 6/21/1999 | 255,223.77 |

| | | | |
|---|---|---|---:|
| BAINBRIDGE MGMT | 115105 | 8/31/1999 | 248,230.97 |
| BAINBRIDGE MGMT | 115155 | 9/30/1999 | 250,283.39 |
| BAINBRIDGE MGMT | 115967 | 10/14/1999 | 209,642.80 |
| BAINBRIDGE MGMT | 116516 | 11/4/1999 | 563,056.70 |
| BAINBRIDGE MGMT | 117212 | 12/9/1999 | 235,016.04 |
| BAINBRIDGE MGMT | 117909 | 12/29/1999 | 260,998.92 |
| BAINBRIDGE MGMT | 118348 | 1/25/2000 | 236,670.08 |
| BAINBRIDGE MGMT | 119464 | 3/25/2000 | 275,471.93 |
| BAINBRIDGE MGMT | 111452 | 4/14/2000 | 641,264.01 |
| BAINBRIDGE MGMT | 120735 | 5/30/2000 | 122,919.49 |
| BAINBRIDGE MGMT | 123493 | 10/2/2000 | 529,942.88 |
| BAINBRIDGE MGMT | 111496 | 10/24/2000 | 382,345.00 |
| BAINBRIDGE MGMT | 124873 | 12/18/2000 | 87,298.92 |
| BAINBRIDGE MGMT | 125867 | 1/31/2001 | 140,051.05 |
| BAINBRIDGE MGMT | 126010 | 2/8/2001 | 188,800.00 |
| BAINBRIDGE MGMT | WIRE | 3/12/2001 | 1,437,179.67 |
| BAINBRIDGE MGMT | WIRE | 4/26/2001 | 212,724.12 |
| BAINBRIDGE MGMT | WIRE | 6/28/2000 | 615,600.86 |
| | | Subtotal | 14,095,010.73 |